United States District Court

Eastern District of California

United States of America,

     Plaintiff,           No. Mag. 05-0295-JFM

  vs.                    Detention Order

Gustavo Arellano Decasas,

     Defendant.

-oOo-

A.   <u>Order For Detention</u>

    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.   <u>Statement Of Reasons For The Detention</u>

    The Court orders the defendant's detention because it finds:

  <u> x </u>   By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  <u> x </u>   By clear and convincing evidence that no condition or combination of conditions will reasonably assure

the safety of any other person and the community.

C. <u>Findings Of Fact</u>

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

  __x__   (1) Nature and Circumstances of the offense charged.

        __x__   (a) The crime.

        __x__   (b) The offense is a crime of violence.

        _____   (c) The offense involves a narcotic.

        _____   (d) The offense involves a large amount of controlled substances.

  __x__   (2) The weight of the evidence against the defendant is high.

  _____   (3) The history and characteristics of the defendant including:

        _____ (a) General Factors:

            _____ The defendant appears to have a mental condition which may affect whether the defendant will appear.

            _____ The defendant has no family ties in the area.

            _____ The defendant has no steady employment.

            _____ The defendant has no substantial financial resources.

            _____ The defendant is not a long time resident of the community.

            _____ The defendant does not have any significant community ties.

            _____ Past conduct of the defendant:

            _____ The defendant has a history relating to drug abuse.

|     | The defendant has a significant prior criminal record. |
| --- | --- |
|     | The defendant has a prior record of failure to appear at court proceedings. |

(b) Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

|     | Probation. |
| --- | --- |
|     | Parole. |
|     | Release pending trial, sentence, appeal or completion of sentence. |

(c) Other Factors

|     | The defendant is an illegal alien and is subject to deportation. |
| --- | --- |
|     | The defendant is a legal alien and will be subject to deportation if convicted. |
| x   | Other:   Motion was not opposed. |

<u>  x  </u>    (4) <u>Rebuttable Presumptions</u>

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

|     | (a) (1) The crime charged is one described in § 3142(f)(1) |
| --- | --- |
|     | (A) a crime of violence; or |
|     | (B) an offense for which the maximum penalty is life imprisonment or death; or |
|     | (C) a controlled substance violation that has a maximum penalty of ten years or more; or |
|     | (D) a felony and defendant |

3

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
| 2 |   |   |   |
| 3 |   | (2) | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
| 4 |   |   |   |
| 5 |   | (3) | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
| 6 |   |   |   |
| 7 |   | (4) | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |
| 8 |   |   |   |
| 9 |   |   |   |
|10 | __x__ | (b) | There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed |
|11 |   |   |   |
|12 | _____ |   | in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq., |
|13 |   |   |   |
|14 | _____ |   | the Controlled Substances Act , 21 U.S.C. §§ 951, et seq., |
|15 | _____ |   | the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or |
|16 |   |   |   |
|17 | __x__ |   | an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b. |
|18 | _____ |   | an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425. |
|19 |   |   |   |
|20 |   |   |   |
|21 |   |   |   |

D.   <u>Additional Directives</u>

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

4

1       The defendant be afforded reasonable opportunity for private consultation with his counsel; and

2

3       That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the

4   defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6       Dated: October 17, 2005

7

8                                       /s/ Peter A. Nowinski
                                        Peter A. Nowinski
9                                       Magistrate Judge