QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-05-0456 FCD |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | AS MODIFIED |
| SERGIO RAMIREZ, et al., | DATE: September 26, 2006 |
| | TIME: 9:30 a.m. |
| Defendant. | DEPT: Hon. Frank C. Damrell, Jr. |

    The United States of America, through its counsel of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney; defendant Sergio Ramirez, through his counsel of record, Quin Denvir, Esq.; defendant Victor Alanis, through his counsel of record, Jesse Garcia, Esq.; defendant Gustavo Decasas, through his attorney of record, Erin Radekin, Esq.; and defendant Raquel Solorio, through her counsel, Dina Santos, Esq.; stipulate and agree to vacate the jury trial date

of September 26, 2006, and set a status conference date for Monday, October 2, 2006, at 9:30 a.m.  The parties agree that factual and legal sentencing issues exist which need to be researched and investigated, requiring additional time to effectively prepare.  The parties also require additional time to discuss the possibility of a resolution without trial.

```
                                        Respectfully submitted,

                                        McGREGOR SCOTT
                                        United States Attorney

DATED:   August 24, 2006                /s/ Quin Denvir
                                        Telephonically authorized to sign
                                        for WILLIAM S. WONG
                                        Assistant U. S. Attorney


DATED:   August 24, 2006                /s/ Quin Denvir
                                        QUIN DENVIR, Esq.
                                        Attorney for Defendant
                                        Sergio Ramirez


DATED:   August 24, 2006                /s/ Quin Denvir
                                        Telephonically authorized to sign
                                        for JESSE GARCIA, Esq.
                                        Attorney for Defendant
                                        Victor Alanis


DATED:   August 24, 2006                /s/ Quin Denvir
                                        Telephonically authorized to sign
                                        for ERIN J. RADEKIN, Esq.
                                        Attorney for Defendant
                                        Gustavo Decasas


DATED:   August 24, 2006                /s/ Quin Denvir
                                        Telephonically authorized to sign
                                        for DINA L. SANTOS, Esq.
                                        Attorney for Defendant
                                        Raquel Solorio
```

U.S. v. Ramirez, et al. 05r00456 FCD   2
Stip/Proposed Order

**O R D E R**

FOR GOOD CAUSE SHOWN, the trial confirmation hearing set for August 28, 2006 and the jury trial date of September 26, 2006 is hereby vacated and a status conference date of October 2, 2006, at 9:30 a.m. is hereby set.  Furthermore, time is excluded through October 2, 2006 for the reasons set forth above.

IT IS SO ORDERED.

DATED:  August 25, 2006        /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL, JR.
                               United States District Judge