1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   RAQUEL SOLORIO
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,          ) No. 05-0456 FCD
12                                     )
                Plaintiff,             )
13                                     ) STIPULATION AND ORDER VACATING
        v.                             ) DATE, CONTINUING CASE, AND
14                                     ) EXCLUDING TIME
   SERGIO RAMIREZ, VICTOR ALANIS,      )
15 GUSTAVO ARELLANO DECASAS,           ) "AS MODIFIED"
   RAQUEL SOLORIO                      )
16              Defendants.            ) Date:  NOVEMBER 13, 2006
                                       ) Time:  9:30 a.m.
17 _____       Judge: Hon. Damrell

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney WILLIAM WONG, Counsel for Plaintiff, and Attorney DINA L.

21 SANTOS, Counsel for Defendant RAQUEL SOLORIO, Attorney QUINN DENVER for

22 defendant SERGIO RAMIREZ, Attorney Erin Radekin for defendant GUSTAVO

23 DECASAS, Attorney JESSE GARCIA for defendant VICTOR ALANIS, that the

24 status conference and motion scheduled for October 23, 2006, be vacated

25 and that all matters be continued to this Court's criminal calendar on

26 November 13, 2006, at 9:30 a.m, for status.

27     This continuance is requested by the defense in order to permit

28 further client consultation, investigation and further negotiations

1  with the prosecution regarding reaching a plea agreement prior to jury
2  trial.
3      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
4  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
5  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
6  ends of justice served in granting the continuance and allowing the
7  defendant further time to prepare outweigh the best interests of the
8  public and the defendant in a speedy trial.
9      The Court is advised that all counsel have conferred about this
10 request, that they have agreed to the November 13, 2006 date, and that
11 Mr. Wong has authorized Ms. Santos to sign this stipulation on his
12 behalf.
13     **IT IS SO STIPULATED**.

14 Dated: October 20, 2006            /S/ Dina L. Santos
                                      DINA L. SANTOS
15                                    Attorney for Defendant
                                      RAQUEL SOLORIO
16 Dated: October 20, 2006            /S/ Erin Radekin
                                      ERIN RADEKIN
17                                    Attorney for Defendant
                                      GUSTAVO ARELLANO DECASAS
18
   Dated: October 20, 2006            /S/ Quinn Denver
19                                    QUINN DENVER
                                      Attorney for Defendant
20                                    SERGIO RAMIREZ
   Dated: October 20, 2006            /S/ Jesse Garcia
21                                    JESSE GARCIA
                                      Attorney for Defendant
22                                    VICTOR ALANIS
23
   Dated: October 20, 2006            /S/ William Wong
24                                    WILLIAM WONG
                                      Assistant United States Attorney
25                                    Attorney for Plaintiff
   ///
26
   ///
27
   ///
28

Stipulation and Order            2

**O R D E R**

The Court adopts the stipulation above and further orders that Defendant Solorio's Motion to Sever set for hearing on October 23, 2006 is VACATED and RESET for Monday, November 13, 2006.

**IT IS SO ORDERED.**

Dated: October 20, 2006

/s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell Jr.
United States District Judge