ERIN J. RADEKIN
Attorney at Law  - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-05-0456 FCD |
| Plaintiff, ) | **MOTION FOR CONTINUANCE OF ADMIT/DENY HEARING; STIPULATION AND ORDER** |
| vs. ) | |
| **GUSTAVO DECASAS, et al,** ) | **"AS MODIFIED"** |
| Defendant. ) | |

–o0o–

IT IS HEREBY STIPULATED by and between Assistant United States Attorney WILLIAM WONG, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant GUSTAVO DECASAS, Attorney DINA L. SANTOS for defendant RAQUEL SOLARIO, Attorney QUINN DENVER for defendant SERGIO RAMIREZ, and Attorney JESSE GARCIA for defendant VICTOR ALANIS, that the status conference currently scheduled for November 13, 2006 be vacated and that all matters be continued to this Court's criminal calendar on December 4, 2006 at 9:30 a.m. for status conference.

This continuance is requested by the defense and the prosecution in order to permit further investigation, client consultation, and negotiations with the prosecution regarding plea agreements

for all defendants.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. be tolled pursuant to § 3161(h)(8)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendants in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the December 4, 2006 date, and that Mr. Wong has authorized Ms. Radekin to sign this stipulation on his behalf.

Dated: November 9, 2006  McGREGOR W. SCOTT
United States Attorney

By: /s/ William Wong
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: November 9, 2006  /s/ Erin Radekin
ERIN RADEKIN
Attorney for Defendant
GUSTAVO DECASAS

Dated: November 9, 2006  /s/ Dina Santos
DINA L. SANTOS
Attorney for Defendant
RAQUEL SOLARIO

Dated: November 9, 2006  /s/ Quinn Denver
QUINN DENVER
Attorney for Defendant
SERGIO RAMIREZ

Dated: November 9, 2006  /s/ Jesse Garcia
JESSE GARCIA
Attorney for Defendant
VICTOR ALANIS

///

# ORDER

IT IS HEREBY ORDERED that the status conference currently scheduled for November 13, 2006 at 10:00 a.m. is VACATED, and RESET for Monday, December 4, 2006 at 10:00 a.m. Additionally, defendant Raquel Solorio's Motion to Sever set for November 13, 2006 is RESET for Monday December 4, 2006 at 10:00 a.m. Time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. be tolled pursuant to § 3161(h)(8)(A) and (B)(iv), Local Code T-4 (time to prepare), is excluded to and including December 4, 2006 so that the ends of justice are served in granting the continuance and allowing the defendants further time to prepare.

Dated: November 9, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE