```
1  QUIN DENVIR, Bar No. 49374
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F Street, Suite 200
   Sacramento, CA 95814
3  (916) 444-9845

4  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-05-0456 FCD |
| ) | **STIPULATION AND ORDER** |
| Plaintiff, ) | DATE: December 4, 2006 |
| v. ) | TIME: 10:00 a.m. |
| ) | DEPT: Hon. Frank C. Damrell, Jr. |
| SERGIO RAMIREZ, et al., ) | "AS MODIFIED" |
| Defendant. ) | |

**IT IS HEREBY STIUPLATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Dina L. Santos, counsel for defendant Raquel Solorio; Attorney Quin Denvir, counsel for defendant Sergio Ramirez; Attorney Erin Radekin, counsel for defendant Gustavo Decasas; Attorney Jesse Garcia, counsel for defendant Victor Alanis, that the status conference and motion scheduled for December 4, 2006, be vacated and that all matters be continued to this Court's criminal calendar on January 16, 2007, at 10:00 a.m.

U.S. v. Ramirez, et al. 05r00456 FCD   1

This continuance is requested by the defense in order to permit further client consultation, investigation and further negotiations with the prosecution regarding reaching a plea agreement prior to jury trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. section 3161 et. seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv), Local Code T-r (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendants further time outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the January 15, 2007 date, and that counsel have authorized Mr. Denvir to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

                                        Respectfully submitted,


DATED: November 30, 2006        /s/ Quin Denvir
                                QUIN DENVIR
                                Attorney for Defendant
                                Sergio Ramirez


DATED: November 30, 2006        /s/ Quin Denvir
                                JESSE GARCIA
                                Attorney for Defendant
                                Victor Alanis

U.S. v. Ramirez, et al. 05r00456 FCD   2

```
DATED: November 30, 2006        /s/ Quin Denvir
                                ERIN J. RADEKIN
                                Attorney for Defendant
                                Gustavo Decasas


DATED: November 30, 2006        /s/ Quin Denvir
                                DINA L. SANTOS
                                Attorney for Defendant
                                Raquel Solorio



                                McGREGOR SCOTT
                                United States Attorney


DATED: November 30, 2006   /s/ Quin Denvir
                                WILLIAM S. WONG
                                Assistant U. S. Attorney
```

**O R D E R**

The above stipulations are adopted and the court further orders that the hearing on defendant's Raquel Solorio Motion to Sever is reset for 1/16/07 at 10:00 a.m.

IT IS SO ORDERED.

DATED: December 1, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

U.S. v. Ramirez, et al. 05r00456 FCD    3