1  ERIN J. RADEKIN
   Attorney at Law  - SBN 214964
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331

4  Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 05-0456 FCD |
| Plaintiff, | **MOTION FOR CONTINUANCE OF ADMIT/DENY HEARING; STIPULATION AND ORDER** |
| vs. | |
| **SERGIO RAMIREZ-01** <br> **VICTOR ALANIS - 02** <br> **GUSTAVO DECASAS-03** <br> **RAQUEL SOLORIO - 04** | |
| Defendant. | |

–o0o–

IT IS HEREBY STIPULATED by and between Assistant United States Attorney WILLIAM WONG, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant GUSTAVO DECASAS, Attorney DINA L. SANTOS for defendant RAQUEL SOLARIO, and Attorney QUINN DENVER for defendant SERGIO RAMIREZ, that the status conference currently scheduled for January 25, 2007 at 10:00 a.m. be vacated and that all matters be continued to February 20, 2007 at 1:30 p.m.

This continuance is requested by the defense and the prosecution in order to permit further negotiations and preparation of plea agreements for all defendants.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. be tolled pursuant to § 3161(h)(8)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing

1  the defendant further time to prepare outweigh the best interests of the public and the
2  defendants in a speedy trial.
3      The Court is advised that all counsel have conferred about this request, that they have
4  agreed to the February 20, 2007 date, and that Mr. Wong has authorized Ms. Radekin to sign
5  this stipulation on his behalf.

Dated: January 25, 2007      McGREGOR W. SCOTT
    United States Attorney

By: /s/ William Wong
    WILLIAM WONG
    Assistant U.S. Attorney

Dated: January 25, 2007      /s/ Erin Radekin
    ERIN RADEKIN
    Attorney for Defendant
    GUSTAVO DECASAS

Dated: January 25, 2007      /s/ Dina Santos
    DINA L. SANTOS
    Attorney for Defendant
    RAQUEL SOLARIO

Dated: January 25, 2007      /s/ Quinn Denver
    QUINN DENVER
    Attorney for Defendant
    SERGIO RAMIREZ

## ORDER

IT IS HEREBY ORDERED that the status conference currently scheduled for January 25, 2007 at 10:00 a.m. is VACATED, and the matter continued until February 20, 2007 at 1:30 p.m. for status conference and/or change of plea.

Dated: January 25, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE