ERIN J. RADEKIN
Attorney at Law  - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | **Case No. 05-0456 FCD** |
| ) | |
| Plaintiff, ) | **MOTION FOR CONTINUANCE** |
| ) | **OF SENTENCING; STIPULATION** |
| vs. ) | **AND ORDER** |
| ) | |
| **GUSTAVO DECASAS, et al,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

-oOo-

IT IS HEREBY STIPULATED by and between Assistant United States Attorney William Wong, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant GUSTAVO DECASAS, that the sentencing hearing, currently set for June 25, 2007 at 1:30 p.m. be vacated and continued to July 23, 2007 at 10:00 a.m. in the courtroom of Judge Frank C. Damrell Jr.

This continuance is requested by the defense and the prosecution in order to permit further preparation for sentencing.

///

///

///

1  The Court is advised that Mr. Wong concurs in this request and has authorized Ms.
2  Radekin to sign this stipulation on his behalf.

3  Dated: June 22, 2007               McGREGOR W. SCOTT
4                                     United States Attorney

5                                     By:  /s/ William Wong
                                           WILLIAM WONG
6                                          Assistant U.S. Attorney

7  Dated: June 22, 2007                /s/ Erin Radekin
                                       ERIN RADEKIN
8                                      Attorney for Defendant
                                       GUSTAVO DECASAS
9

10                                   ORDER

11     IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for
12  June 25, 2007 at 10:00 a.m. is VACATED, and the matter continued until July 23, 2007 at
13  10:00 a.m. for sentencing.
14  Dated: June 28, 2007

                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE

2