UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. 2:05-cr-0456 FCD** |
| Plaintiff, ) | |
| ) | **MOTION FOR CONTINUANCE** |
| ) | OF SENTENCING; STIPULATION |
| vs. ) | **AND ORDER** |
| ) | |
| GUSTAVO DECASAS, et al., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney William Wong, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant GUSTAVO DECASAS, that the sentencing hearing, currently set for August 20, 2007 at 10:00 a.m. be vacated and continued to September 17, 2007 at 10:00 a.m. in the courtroom of Judge Frank C. Damrell, Jr.

This continuance is requested by the defense and the prosecution in order to permit further preparation for sentencing.

The Court is advised that Mr. Wong concurs in this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

///

///

Dated: August 17, 2007                          McGREGOR W. SCOTT
                                                     United States Attorney

                                         By:      /s/ WILLIAM WONG
                                                   WILLIAM WONG
                                                   Assistant U.S. Attorney

Dated: August 17, 2007                              /s/ ERIN J. RADEKIN
                                                   ERIN J. RADEKIN
                                                   Attorney for Defendant
                                                   GUSTAVO DECASAS

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for August 20, 2007 at 10:00 a.m. is VACATED, and the matter continued until September 17, 2007 at 10:00 a.m. for sentencing.

DATED: August 20, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE