1  ERIN J. RADEKIN
   Attorney at Law - SBN 214964
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331

4  Attorney for Defendant
   GUSTAVO DECASAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | Case No. 2:05-cr-0456 FCD |
| ) | |
| Plaintiff, ) | **MOTION FOR CONTINUANCE** |
| ) | **OF SENTENCING; STIPULATION** |
| vs. ) | **AND ORDER** |
| ) | |
| **GUSTAVO DECASAS, et al,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

-oOo-

IT IS HEREBY STIPULATED by and between Assistant United States Attorney William Wong, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant GUSTAVO DECASAS, that the sentencing hearing, currently set for September 17, 2007 at 10:00 a.m. be vacated and continued to October 29, 2007 at 10:00 a.m. in the courtroom of Judge Frank C. Damrell Jr.

This continuance is requested by the defense and the prosecution in order to permit further preparation for sentencing.

///

///

///

The Court is advised that Mr. Wong concurs in this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Dated: September 14, 2007        McGREGOR W. SCOTT
                                 United States Attorney

                                 By:  /s/ William Wong
                                     WILLIAM WONG
                                     Assistant U.S. Attorney

Dated: September 14, 2007          /s/ Erin Radekin
                                   ERIN RADEKIN
                                   Attorney for Defendant
                                   GUSTAVO DECASAS

ORDER

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for September 17, 2007 at 10:00 a.m. is VACATED, and the matter continued until October 29, 2007 at 10:00 a.m. for sentencing.

Dated: September 17, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2