1 **ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
2 428 J Street, Suite 350
Sacramento, California 95814
3 Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5 GUSTAVO DECASAS

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

13 **UNITED STATES OF AMERICA**,              )      Case No. 2:05-cr-0456 FCD
                                              )
14     Plaintiff,                             )      **MOTION FOR CONTINUANCE**
                                              )      **OF SENTENCING; STIPULATION**
15     vs.                                    )      **AND ORDER**
                                              )
16 **GUSTAVO DECASAS, et al.**,               )
                                              )
17     Defendant.                             )
   _____            )

19                                          –o0o–

20     IT IS HEREBY STIPULATED by and between Assistant United States Attorney

21 William Wong, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant

22 GUSTAVO DECASAS, that the sentencing hearing, currently set for October 29, 2007 at

23 10:00 a.m., be vacated and continued to December 3, 2007 at 10:00 a.m. in the courtroom of

24 Judge Frank C. Damrell, Jr.

25     This continuance is requested by the defense and the prosecution in order to permit

26 further preparation for sentencing. Further, this additional time is necessary as Mr. Wong is

27 currently in trial in a four-defendant homicide case, *United States v. Luong*, 99-433-WBS,

28 which began on October 2, 2007 and is expected to last through November.

The Court is advised that Mr. Wong concurs in the December 3, 2007 sentencing date and has authorized Ms. Radekin to sign this stipulation on his behalf.

Dated: October 26, 2007          McGREGOR W. SCOTT
United States Attorney

By:     /s/ WILLIAM WONG
WILLIAM WONG
Assistant U.S. Attorney

Dated: October 26, 2007          /s/ ERIN J. RADEKIN
ERIN J. RADEKIN
Attorney for Defendant
GUSTAVO DECASAS

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for October 29, 2007 at 10:00 a.m. is VACATED, and the matter continued until December 3, 2007 at 10:00 a.m. for sentencing.

Dated: October 26, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE