1 ERIN J. RADEKIN
  Attorney at Law  - SBN 214964
2 428 J Street, Suite 350
  Sacramento, California 95814
3 Telephone: (916) 446-3331

4 Attorney for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 05-0456 FCD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
|  | ) | **CONTINUANCE OF SENTENCING** |
| vs. | ) |  |
| **GUSTAVO DECASAS, et al,** | ) |  |
| Defendant. | ) |  |

-oOo-

IT IS HEREBY STIPULATED by and between Assistant United States Attorney William Wong, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant GUSTAVO DECASAS, that the sentencing hearing, currently set for March 3, 2008 at 10:00a.m. be vacated and continued to March 31, 2008 at 10:00 a.m. in the courtroom of Judge Frank C. Damrell Jr.

This continuance is requested by the defense and the prosecution in order to permit further preparation for sentencing.

///

///

///

The Court is advised that Mr. Wong concurs in this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Dated: February 29, 2008				McGREGOR W. SCOTT
						United States Attorney

						By: /s/ William Wong
						WILLIAM WONG
						Assistant U.S. Attorney

Dated: February 29, 2008				/s/ Erin Radekin
						ERIN RADEKIN
						Attorney for Defendant
						GUSTAVO DECASAS

## **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for March 3, 2008 at 10:00 a.m. is VACATED, and the matter continued until March 31, 2008 at 10:00 a.m. for sentencing.

Dated: February 29, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2