**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
GUSTAVO DECASAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | **2:05-cr-0456 FCD** |
| ) | |
| Plaintiff, ) | **MOTION FOR CONTINUANCE** |
| ) | **OF SENTENCING; STIPULATION** |
| vs. ) | **AND ORDER** |
| ) | |
| **GUSTAVO DECASAS, et al.**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

–o0o–

IT IS HEREBY STIPULATED by and between Assistant United States Attorney William Wong, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant GUSTAVO DECASAS, that the sentencing hearing, currently set for April 7, 2008 at 10:00 a.m., be vacated and continued to April 28, 2008 at 10:00 a.m. in the courtroom of Judge Frank C. Damrell, Jr.

This continuance is requested by the defense to allow defense counsel additional time to meet with Mr. Decasas and his family and prepare them for sentencing.

///

///

///

1  The Court is advised that Mr. Wong concurs in this request and the April 28, 2008
2  sentencing date, and has authorized Ms. Radekin to sign this stipulation on his behalf.

Dated: April 3, 2008                                    McGREGOR W. SCOTT
                                                         United States Attorney

                                                   By:      /s/ WILLIAM WONG
                                                         WILLIAM WONG
                                                         Assistant U.S. Attorney

Dated: April 3, 2008                                        /s/ ERIN J. RADEKIN
                                                         ERIN J. RADEKIN
                                                         Attorney for Defendant
                                                         GUSTAVO DECASAS


## **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for April 7, 2008 at 10:00 a.m. is VACATED, and the matter continued until April 28, 2008 at 10:00 a.m. for sentencing.

Dated: April 4, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE